

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

November 20, 2024

6th Court Of Appeals Clerk
100 N. State Line Ave.
Texarkana, TX 75501-5666
\* Delivered Via E-Mail \*

**Re:** Swenson, Aaron Caleb
**CCA No.** PD-0589-22
**Trial Court Case No.** 20F0505-102

**COA No.** 06-21-00126-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Deana Williamson, Clerk

cc: Presiding Judge 102nd District Court (Delivered Via E-Mail)
Troy Hornsby (Delivered Via E-Mail)
District Clerk Bowie County (Delivered Via E-Mail)
State Prosecuting Attorney (Delivered Via E-Mail)
Stacey M. Soule (Delivered Via E-Mail)
District Attorney Bowie County (Delivered Via E-Mail)